SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 05-05973-MMM(SSx)                                    Date   December 14, November 10, 2005

Title   CMG Worldwide, Inc., vs. Tom Kelley Studios, Inc.

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

None appearing                                        None appearing

**Proceedings:**     IN CHAMBERS - COURT ORDER


Counsel are hereby notified that a Scheduling Conference currently set for December 19, 2005 at 9:00 a.m., is hereby vacated and taken off calendar.



DOCKETED ON CM
DEC 1 4 2005
BY ____ 007